# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SILVER STATE BROADCASTING, LLC, *et al.*,

        Plaintiffs,

vs.

BEASLEY FM ACQUISITION, *et al.*,

        Defendants.

Case No. 2:11-cv-01789-MMD-CWH

**ORDER**

      This matter is before the Court on Counsel for Plaintiffs Golden State Broadcasting, Royce International Broadcasting, and Silver State Broadcasting's Notice of Change of Counsel and Request for Removal from Service List (#32), filed May 25, 2012. This Court granted Plaintiffs' Motion to Substitute Attorney on March 1, 2012 (#30). This order substituted attorneys in the law firm of Gordon & Rees in the place of attorneys of the law firm of Wolfenzon Rolle. Attorney Jonathan Rolle is a member of the firm which no longer represents Plaintiffs and requests that he no longer receive electronic notifications for this case. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiffs Golden State Broadcasting, Royce International Broadcasting, and Silver State Broadcasting's Notice of Change of Attorney and Request for Removal from Service List (#32) is **granted**. Attorney Jonathan Rolle shall no longer receive electronic notifications in this matter.

      Dated this 29th day of May, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**