**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SILVER STATE BROADCASTING, LLC, *et al.*, | )<br>)<br>) |
|               Plaintiffs, | )    Case No. 2:11-cv-01789-MMD-CWH |
| vs. | )    **ORDER** |
| BEASLEY FM ACQUISITION, *et al.*, | )<br>) |
|              Defendants. | ) |

This matter is before the Court on Robert E. Schumacher and the law offices of Gordon & Rees LLP's Motion to Withdraw as Counsel of Record (#38), filed September 28, 2012. By way of the motion, Robert E. Schumacher and Gordon & Rees LLP request leave of the Court to withdraw as counsel of record for Plaintiffs Silver State Broadcasting LLC, Royce International Broadcasting Corporation, and Golden State Broadcasting LLC. The motion represents that counsel no longer have a viable working relationship with these Plaintiffs. Additionally, counsel has been unable to reach an agreement as to the outstanding balances these Plaintiff owe so continuing to represent them would create an unreasonable financial burden.

Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." The motion contains a certificate of mailing to all three affected parties at their last known address and opposing counsel. Further, the movant established good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Robert E. Schumacher and the law offices of Gordon & Rees LLP's Motion to Withdraw as Counsel of Record (#38) is **granted**. Attorney Robert E. Schumacher and the law offices of Gordon & Rees LLP shall no longer represent Plaintiffs in this matter.

**IT IS FURTHER ORDERED** that Plaintiffs Silver State Broadcasting LLC, Royce

International Broadcasting Corporation, and Golden State Broadcasting LLC shall have until **October 22, 2012**, to advise the Court if they will retain new counsel.  Plaintiffs must retain new counsel if they intend to continue to litigate this matter.  A corporation may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiffs Silver State Broadcasting LLC, Royce International Broadcasting Corporation, and Golden State Broadcasting LLC to the civil docket and serve them with a copy of this order:

1. Golden State Broadcasting LLC
   6725 Via Austi Parkway, 2nd Floor
   Las Vegas, NV 89119

2. Royce International Broadcasting Company
   P.O. Box 1300
   Fair Oaks, CA 95628

   73-733 Fred Waring Drive, 2nd Floor, Suite 201
   Palm Desert, CA 92260

3. Silver State Broadcasting, LLC
   6755 Via Austi Parkway, 2nd Floor
   Las Vegas, NV 89119

   Resident Agent for all three:
   Corporation Services of Nevada, Inc.
   6767 West Tropicana Ave, Ste. 229
   Las Vegas, NV 89103

**IT IS FURTHER ORDERED** that a Status Hearing is set for **October 29, 2012** at **10:00 AM** in LV Courtroom 3C.  If notice of new counsel paperwork is filed prior to the hearing date, the hearing will be vacated.

Dated this 1st day of October, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge