**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SILVER STATE BROADCASTING, LLC, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BEASLEY FM ACQUISITION., *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:11-cv-01789-APG-CWH <br><br> **ORDER** |

This matter is before the Court on Geoffrey W. Hawkins' Motion to Withdraw as Counsel of Record for Plaintiffs Silver State Broadcasting, LLC, Royce International Broadcasting Corporation, and Golden State Broadcasting, LLC (#89), filed on November 22, 2013. By way of this motion, Geoffrey W. Hawkins and Hawkins Melendrez, P.C. request leave of the Court to withdraw as counsel of record for Plaintiffs. The motion represents that counsel has had difficulty obtaining payment for fees and costs and there has been a breakdown in cooperation and communication resulting in no viable working relationship.

Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." The motion indicates that notice was served on the affected parties at their last known address and opposing counsel. Further, the movant established good cause for the withdrawal.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Geoffrey W. Hawkins' Motion to Withdraw as Counsel of Record (#89) is **granted**. Geoffrey W. Hawkins and Hawkins Melendrez, P.C. shall no longer represent for Plaintiffs Silver State Broadcasting, LLC, Royce International Broadcasting Corporation, and Golden State Broadcasting, LLC in this matter.

**IT IS FURTHER ORDERED** that Plaintiffs Silver State Broadcasting, LLC, Royce International Broadcasting Corporation, and Golden State Broadcasting, LLC shall have until **Monday,**

1  **December 16, 2013**, to advise the Court if they will retain new counsel.  Plaintiffs Silver State

2  Broadcasting, LLC, Royce International Broadcasting Corporation, and Golden State Broadcasting,

3  LLC must retain new counsel if they intend to continue to litigate this matter.  A corporation may

4  appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.,* 3 F.3d

5  1244, 1245 (9th Cir. 1993).

6      **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of

7  Plaintiffs Silver State Broadcasting, LLC, Royce International Broadcasting Corporation, and Golden

8  State Broadcasting, LLC to the civil docket and serve them with a copy of this order:

9    Silver State Broadcasting, LLC
    6755 Via Austi Parkway, 2nd Floor
10   Las Vegas, Nevada 89119
    415-543-7500

11

12   Resident Agent:
    Corporation Services of Nevada, Inc.
    6767 West Tropicana Ave, Ste. 229
13   Las Vegas, NV 89103

14   Royce International Broadcasting Company
    P.O. Box 1300
15   Fair Oakes, CA 95628
    415-543-7500

16

17   Resident Agent:
    Corporation Services of Nevada, Inc.
    6767 West Tropicana Ave, Ste. 229
18   Las Vegas, NV 89103

19   Golden State Broadcasting, LLC
    6755 Via Austi Parkway, 2nd Floor
20   Las Vegas, Nevada 89119
    415-543-7500

21

22   Resident Agent:
    Corporation Services of Nevada, Inc.
    6767 West Tropicana Ave, Ste. 229
23   Las Vegas, NV 89103

24      **IT IS FURTHER ORDERED** that a Status Hearing is set for **January 6, 2014** at **10:00 a.m.**

25  in LV Courtroom 3C.  If notice of new counsel paperwork is filed prior to the hearing date, the hearing

26  will be vacated.

27

28

1     Dated this 25th day of November, 2013.

                                              _____
                                              **C.W. Hoffman, Jr.**
                                              **United States Magistrate Judge**