✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                     Nevada

| | |
|---|---|
| Silver State Broadcasting, LLC, et al., | **JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE** |
| Plaintiffs, | |
| V. | |
| Beasley FM Acquisition, et al,. | Case Number:  2:11-cv-01789-APG-CWH |
| Defendants. | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the Court awards Defendants attorneys' fees in the amount of $ 5,381.85 and costs in the amount of $ 826.80.

November 14, 2014                                      /s/ Lance S. Wilson

_____                    _____
Date                                                          Clerk

                                                              /s/ Shelly Denson
                                                              _____
                                                              (By) Deputy Clerk