# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SILVER STATE BROADCASTING, LLC, *et al.*, )
)
                Plaintiffs, )    Case No. 2:11-cv-01789-APG-CWH
)
vs. )    **ORDER**
)
BEASLEY FM ACQUISITION., *et al.*, )
)
                Defendants. )
)

       This matter is before the Court on Plaintiffs' counsel's Emergency Motion to Withdraw (doc. # 176), filed January 23, 2015.

       By way of this motion, Plaintiff's counsel requests leave to withdraw as counsel of record. The motion indicates that counsel has been unable to obtain payment for fees and costs, and there has been a breakdown in cooperation and communication resulting in a non-viable working relationship. Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." The motion indicates that notice was served on the affected parties at their last known address and opposing counsel. Further, the movant has established good cause for the withdrawal.

       Based on the foregoing and good cause appearing therefore,

       **IT IS HEREBY ORDERED** that Plaintiffs' counsel's Emergency Motion to Withdraw (doc. # 176) is **granted**.

       **IT IS FURTHER ORDERED** that Plaintiffs Silver State Broadcasting, LLC, Royce International Broadcasting Corporation, and Golden State Broadcasting, LLC shall have until **Monday, February 23, 2015**, to advise the Court if they will retain new counsel. Plaintiffs Silver State Broadcasting, LLC, Royce International Broadcasting Corporation, and Golden State Broadcasting, LLC must retain new counsel if

they intend to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel. U.S. v. High Country Broad. Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiffs Silver State Broadcasting, LLC, Royce International Broadcasting Corporation, and Golden State Broadcasting, LLC to the civil docket and serve them with a copy of this order:

> Silver State Broadcasting, LLC
> 6725 Via Austi Parkway, 2nd Floor
> Las Vegas, Nevada 89119
>
> Royce International Broadcasting Company
> 6725 Via Austi Parkway, 2nd Floor
> Las Vegas, Nevada 89119
>
> Golden State Broadcasting, LLC
> 6725 Via Austi Parkway, 2nd Floor
> Las Vegas, Nevada 89119

**IT IS FURTHER ORDERED** that a Status Hearing is set for **Thursday, February 26, 2015 at 2:00 p.m.** in LV Courtroom 3C. If notice of new counsel paperwork is filed prior to the hearing date, the hearing will be vacated.

Dated: January 27, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**