# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SILVER STATE BROADCASTING, LLC; a Nevada LLC; ROYCE INTERNATIONAL BROADCASTING CORPORATION; a Nevada corporation; GOLDEN STATE BROADCASTING LLC, a Nevada corporation.<br>Plaintiffs,<br><br>v.<br><br>BEASLEY FM ACQUISITION CORPORATION, a Delaware corporation; BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina limited liability company; WAEC LICENSE LIMITED PARTNERSHIP; a Delaware limited partnership; KJUL LICENSE LLC, a North Carolina limited liability company; MICHAEL JAY BERGNER dba BERGNER & CO., an individual; DOES 1 through 50; and ROE ENTITIES 51 through 100, inclusive.<br><br>Defendant. | Case No. 2:11-cv-01789-APG-CWH<br><br>**Order overruling objection and affirming Magistrate Judge's Order**<br><br>(Dkt. #164) |

Magistrate Judge Hoffman granted in part and denied in part plaintiffs' motion to compel. (Dkt. #163.)  Plaintiffs filed an objection to his Order. (Dkt. #164.)

I have reviewed plaintiffs' objection, Magistrate Judge Hoffman's Order, and the underlying papers.  Judge Hoffman's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).  His Order sets forth the proper legal analysis and factual basis for the decision. Therefore,

IT IS HEREBY ORDERED that Magistrate Judge Hoffman's Order (Dkt. #163) is affirmed in its entirety, and plaintiff's objections (Dkt. #164) are OVERRULED.

Dated: this 12th day of February, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE