✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Nevada_____

Silver State Broadcasting, LLC, et al.,

                          Plaintiffs,                    **JUDGMENT IN A CIVIL CASE**

          V.

Beasley FM Acquisition, et al.,                    Case Number:  2:11-cv-01789-APG-CWH

                          Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that the Court awards Plaintiffs attorneys' fees in the amount of $9,885.88.

March 16, 2015                                  /s/ Lance S. Wilson
_____                    _____
Date                                                    Clerk

                                                        /s/ Shelly Denson
                                                  _____
                                                    (By) Deputy Clerk