**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SILVER STATE BROADCASTING, LLC, *et al*.,, | Case No. 2:11-cv-01789-MMD-CWH |
| Plaintiffs, | **ORDER** |
| vs. | |
| BEASLEY FM ACQUISITION, *et al*., | |
| Defendants. | |

On January 23, 2015, Plaintiffs' counsel requested leave to withdraw as counsel of record because of failure to obtain payment for fees and costs, and because of a breakdown in cooperation and communication between counsel and Plaintiffs. See Doc. # 176; Doc. # 177. On February 26, 2015, Edward Stolz ("Stolz"), on behalf of Plaintiffs, appeared before this Court for a status conference. See Doc. # 180. At that conference, the Court directed Stolz to secure counsel for Plaintiffs, as corporations may appear in federal court only through licensed counsel, and to file a status report or notice regarding the status of counsel no later than March 13, 2015. Id. Because a late notice was filed on the record informing this Court that attorney Kurt R. Bonds will be representing Plaintiffs in the instant case (doc. # 189), the Court finds that Plaintiffs have satisfied this Court's order.

Accordingly, **IT IS HEREBY ORDERED** that sanctions, including monetary sanctions and a recommendation for civil contempt, shall not be imposed on Plaintiffs at this time.

//

//

**IT IS FURTHER ORDERED** that the order to show cause hearing set on April 27, 2015 is **vacated**.

DATED: April 6, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**