Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com

Attorneys for Defendants,
*Michael Jay Bergner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE BROADCASTING, LLC; a Nevada LLC; ROYCE INTERNATIONAL BROADCASTING CORPORATION; a Nevada corporation; GOLDEN STATE BROADCASTING LLC, a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BEASLEY FM ACQUISITION CORPORATION, a Delaware corporation; BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina limited liability company; WAEC LICENSE LIMITED PARTNERSHIP; a Delaware limited partnership; KJUL LICENSE LLC, a North Carolina limited liability company; MICHAEL JAY BERGNER dba BERGNER & CO., a individual; DOES 1 through 50; and ROE ENTITIES 51 through 100, inclusive,<br><br>Defendants. | Case No.   2:11-cv-01789-APG-CWH |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE THE CLAIM OF INTENTIONAL INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE AGAINST DEFENDANT MICHAEL JAY BERGNER DBA BERGNER & CO.**

Plaintiffs SILVER STATE BROADCASTING, LLC; and GOLDEN STATE BROADCASTING LLC ("Plaintiffs"), by and through their attorneys of record, Alverson Taylor

1

Mortensen & Sanders, and Defendant MICHAEL JAY BERGNER dba BERGNER & CO. ("Bergner"), by and through his counsel Jack P. Burden, Esq. of the law firm BACKUS, CARRANZA & BURDEN, hereby stipulate to dismiss the claim of intentional interference with prospective business advantage brought against Bergner in the above titled litigation *with* prejudice.

This dismissal *does* resolve the matter as to this claim only.

Plaintiffs and Bergner hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs as to this claim only.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: June 2, 2015

**BACKUS, CARRANZA & BURDEN**

/s/ Jack P. Burden
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, Nevada 89117
Tel: 702.872-5555
Fax: 702.872-5545
*Attorneys for Defendant*
*Michael Jay Bergner d/b/a Bergner & Co.*

DATED: June 2, 2015

**ALVERSON TAYLOR MORTENSON & SANDERS**

/s/ Adam R. Knecht
Adam R. Knecht, Esq.
Matthew Pruitt, Esq.
Kurt R. Bonds, Esq.
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: 702.384-7000
Fax: 702.385.7000
efile@alversontaylor.com
*Attorneys for Plaintiffs Silver State*
*Broadcasting, LLC; and Golden State*
*Broadcasting, LLC*

///
///
///
///
///

2

## ORDER RE: 2:11-cv-01789-APG-CWH

The parties have stipulated and agree to the dismissal of this matter as set forth in the stipulation, and good cause appearing;

IT IS HEREBY ORDERED that the claim of intentional interference with prospective business advantage brought against Defendant MICHAEL JAY BERGNER dba BERGNER & CO. is DISMISSED *WITH* PREJUDICE. This stipulated dismissal DOES resolve the matter as to this claim only. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

Dated: June 3, 2015.

_____
UNITED STATES DISTRICT JUDGE

3