**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SILVER STATE BROADCASTING, LLC; a Nevada LLC; ROYCE INTERNATIONAL BROADCASTING CORPORATION; a Nevada corporation; GOLDEN STATE BROADCASTING, LLC, a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> BEASLEY FM ACQUISITION CORPORATION, a Delaware corporation; BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina limited liability company; WAEC LICENSE LIMITED PARTNERSHIP; a Delaware limited partnership; KJUL LICENSE, LLC, a North Carolina limited liability company; MICHAEL JAY BERGNER dba BERGNER & CO., an individual; et al., <br><br> Defendants. | Case No. 2:11-cv-01789-APG-CWH <br><br> **ORDER ON MOTIONS** <br><br> (Dkt. ##181, 182) |

On February 12, 2015, the court granted plaintiffs' request to file a second amended complaint. (Dkt. #178.)  Despite knowing that a new complaint would soon be filed, defendants filed three summary judgment motions two weeks after the court permitted leave to amend. (*See* Dkt. ##181, 182, 183.)

Plaintiffs then filed their second amended complaint in April, 2015. (*See* Dkt. #195.) About two weeks later, defendants filed two more motions addressing this new complaint—this time both for summary judgment or in the alternative to dismiss. (*See* Dkt. ##202, 203.)

Generally, courts may grant relief only as to the operative pleadings.  When a party files an amended complaint, it supersedes the original complaint and renders it "without legal effect." *Lacey v. Maricopa Cnty.,* 693 F.3d 896, 927 (9th Cir. 2012).  Motions filed as to non-operative complaints are generally moot. *Chirila v. Bank of Am.,* N.A., No. 3:11-CV-00005-ECR, 2011 WL

4904434, at *1 (D. Nev. Oct. 14, 2011) (refusing to rule on motion for summary judgment because the operative complaint had been dismissed).

Here, defendants filed two motions related to a complaint they knew would soon be rendered inoperative. Defendants do not argue that their original motions for summary judgment are still relevant. Apparently, they meant for their more recent motions to replace their older motions.

Because defendants' prior motions address the first amended complaint which is no longer operative, they are moot and I deny them.

IT IS THEREFORE ORDERED that defendants' motions for summary judgment (Dkt. ## 181, 182) are DENIED.

DATED this 29th day of June, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Page 2 of 2