UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SILVER STATE BROADCASTING, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BEASLEY FM ACQUISITION, et al., <br><br> Defendants. | Case No. 2:11-CV-01789-APG-CWH <br><br> **ORDER DENYING SUMMARY JUDGMENT MOTION** <br><br> (Dkt. #203) |

Defendant Michael Jay Bergner, doing business as Bergner & Co, moved for summary judgment on the plaintiffs' sole remaining claim against him for breach of fiduciary duty. I previously denied Bergner's motion on the issues of duty and breach but allowed the parties to file supplemental briefs on damages. (Dkt. #223.) Bergner did not file a supplemental brief by the October 30, 2015 deadline.

IT IS THEREFORE ORDERED that defendant Michael Jay Bergner dba Bergner & Co.'s Motion for Summary Judgment (Dkt. #203) is DENIED.

DATED this 12th day of November, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE