1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  Chad C. Butterfield, Esq.
   Nevada Bar No. 010532
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada  89101
   (702) 727-1400; FAX (702) 727-1401
5  sheri.thome@wilsonelser.com
   chad.butterfield@wilsonelser.com
6  *Attorneys for Defendants/Counter-Claimants*
   *Beasley FM Acquisition Corp., Beasley Broadcasting*
7  *of Nevada, LLC, WAEC License Limited Partnership*
   *and KJUL License LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE BROADCASTING, LLC; a Nevada LLC; ROYCE INTERNATIONAL BROADCASTING CORPORATION; a Nevada corporation; GOLDEN STATE BROADCASTING LLC, a Nevada corporation,<br><br>            Plaintiffs,<br><br>     vs.<br><br>BEASLEY FM ACQUISITION CORPORATION, a Delaware corporation; BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina limited liability company; WAEC LICENSE LIMITED PARTNERSHIP; a Delaware limited partnership; KJUL LICENSE LLC, a North Carolina limited liability company; MICHAEL JAY BERGNER dba BERGNER & CO., an individual; DOES 1 through 50; and ROE ENTITIES 51 through 100, inclusive,<br><br>            Defendants. | CASE NO:   **2:11-cv-1789-APG-CWH**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER** |
| BEASLEY FM ACQUISITION CORPORATION, a Delaware corporation; BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina limited liability company; WAEC LICENSE LIMITED PARTNERSHIP, a Delaware limited partnership; KJUL LICENSE LLC, a North Carolina limited liability company,<br><br>            Counter-Claimants,<br><br>     vs.<br><br>SILVER STATE BROADCASTING, LLC, a Nevada LLC,<br>            Counter-Defendant. | |

901421v.1

Defendants/Counter-Claimants Beasley FM Acquisition Corp., Beasley Broadcasting of Nevada, LLC, WAEC License Limited Partnership and KJUL License LLC ("Beasley"); Defendant Michael Jay Bergner dba Bergner & Co. ("Bergner") and Plaintiffs/Counter-Defendant Silver State Broadcasting, LLC and Golden State Broadcasting LLC (collectively "Plaintiffs") (Beasley, Bergner and Plaintiffs are collectively referred to herein as the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

(1) The Parties had previously stipulated to extend the time to file the Joint Pretrial Order until thirty (30) days after the decision of the dispositive motions or further order of the Court [Dkt. #175]; and

(2) Beasley and Silver State Broadcasting, LLC agreed at the hearing on Beasley's Motion for Summary Judgment, and in a formal stipulation [Dkt. #238] to allow Beasley's previously-filed Motion for Summary Judgment on Counterclaim [Dkt. #183] to apply to the newly-filed [and answered] Amended Counter-Claim.

Therefore, the Parties hereby stipulate and agree to continue the deadline to file the Joint Pre-Trial Order until thirty (30) days _after_ the Court issues its ruling on Beasley's Motion for Summary Judgment pertaining to its counterclaim [Dkt #183].

DATED this 14th day of January, 2016      DATED this 14th day of January, 2016

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: /s/ Chad C. Butterfield
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    Chad C. Butterfield, Esq.
    Nevada Bar No. 010532
    300 South Fourth Street, 11th Floor
    Las Vegas, Nevada  89101
    *Attorneys for Defendants/Counter-Claimants Beasley FM Acquisition Corp., Beasley Broadcasting of Nevada, LLC, WAEC License Limited Partnership and KJUL License LLC*

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**

BY: /s/ Adam R. Knecht
    Kurt R. Bonds, Esq.
    Nevada Bar No. 006228
    Adam R. Knecht, Esq.
    Nevada Bar No. 013166
    7401 W. Charleston Blvd.
    Las Vegas, Nevada 89145
    *Attorney for Plaintiff/Counter-Defendant Silver State Broadcasting, LLC and Plaintiffs Royce International Broadcasting Corporation; Golden State Broadcasting*

1  DATED this 14th day of January, 2016

2  **BACKUS, CARRANZA & BURDEN**

4  BY: /s/ Jack P. Burden
   Jack P. Burden, Esq.
   Nevada Bar No. 006918
   James J. Conway, Esq.
   Nevada Bar No. 011789
   3050 S. Durango Dr.
   Las Vegas, Nevada  89117
   *Attorneys for Defendant Michael Jay Bergner*

### ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED**

Dated this  15th  day of January, 2016

_____
UNITED STATES MAGISTRATE JUDGE