Case 2:11-cv-01789-APG-CWH   Document 266   Filed 05/03/16   Page 1 of 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SILVER STATE BROADCASTING, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BEASLEY FM ACQUISITION, *et al.*,<br><br>    Defendants. | Case No. 2:11-CV-01789-APG-CWH<br><br>**ORDER GRANTING MOTION FOR JUDGMENT ON PARTIAL FINDINGS**<br><br>(ECF No. 261) |

Defendants Beasley FM Acquisition Corporation, Beasley Broadcasting of Nevada, LLC, WAEC License Limited Partnership, and KJUL License LLC (the "Beasley defendants") move for judgment on plaintiff Silver State Broadcasting, LLC's claims against them.  In light of my prior order excluding from trial evidence of damages on Silver State's claims (ECF No. 250), the Beasley Defendants' unopposed motion is granted.  However, no final judgment will be entered until all claims among the parties are resolved.

IT IS THEREFORE ORDERED that defendants Beasley FM Acquisition Corporation, Beasley Broadcasting of Nevada, LLC, WAEC License Limited Partnership, and KJUL License LLC's motion for judgment on partial findings **(Dkt. #261) is GRANTED**.

DATED this 3rd day of May, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE