1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  Chad C. Butterfield, Esq.
   Nevada Bar No. 010532
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
5  sheri.thome@wilsonelser.com
   chad.butterfield@wilsonelser.com
6  *Attorneys for Defendants/Counter-Claimants*
   *Beasley FM Acquisition Corp., Beasley Broadcasting*
7  *of Nevada, LLC, WAEC License Limited Partnership*
   *and KJUL License LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SILVER STATE BROADCASTING, LLC; a Nevada LLC; ROYCE INTERNATIONAL BROADCASTING CORPORATION; a Nevada corporation; GOLDEN STATE BROADCASTING LLC, a Nevada corporation,<br><br>      Plaintiffs,<br>vs.<br><br>BEASLEY FM ACQUISITION CORPORATION, a Delaware corporation; BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina limited liability company; WAEC LICENSE LIMITED PARTNERSHIP; a Delaware limited partnership; KJUL LICENSE LLC, a North Carolina limited liability company; MICHAEL JAY BERGNER dba BERGNER & CO., an individual; DOES 1 through 50; and ROE ENTITIES 51 through 100, inclusive,<br><br>      Defendants. | CASE NO: **2:11-cv-1789-APG-CWH**<br><br>**REQUEST FOR EXCEPTION FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |
| BEASLEY FM ACQUISITION CORPORATION, a Delaware corporation; BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina limited liability company; WAEC LICENSE LIMITED PARTNERSHIP, a Delaware limited partnership; KJUL LICENSE LLC, a North Carolina limited liability company,<br><br>      Counter-Claimants,<br>vs.<br><br>SILVER STATE BROADCASTING, LLC, a Nevada LLC,<br>      Counter-Defendant. | |

963037v.1

Defendants/Counter-claimants Beasley FM Acquisition Corporation, Beasley Broadcasting of Nevada, LLC, WAEC License Limited Partnership and KJUL License LLC (hereinafter collectively "Beasley Broadcasting") by and through their counsel, SHERI M. THOME and CHAD C. BUTTERFIELD of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby submit the instant request for exception from personal attendance at the settlement conference scheduled for June 8, 2016 before Magistrate Judge Hoffman. [Dkt. #269]

Relevant Background

The Court is undoubtedly familiar with the facts of this case, which are not repeated in detail here, except as necessary for this request. In 2009, Plaintiff Silver State Broadcasting, LLC purchased from Beasley Broadcasting of Nevada, LLC, WAEC License Limited Partnership, and KJUL License LLC substantially all of the assets for us in operating two broadcast radio stations in Las Vegas, Nevada. Apparently unsatisfied with the transaction, Plaintiffs Silver State Broadcasting, LLC, Royce International Broadcasting Corporation, and Golden State Broadcasting, LLC filed suit against Beasley Broadcasting and Michael J. Bergner dba Bergner & Co., who acted as Silver State Broadcasting, LLC's broker in the transaction. Plaintiffs asserted numerous claims against Beasley Broadcasting and alleged losses of approximately $96,000,000 resulting from the transaction. Through extensive motion practice, Beasley Broadcasting prevailed on all claims Plaintiffs had asserted. [See Dkt. ## 230, 266]

Beasley Broadcasting has also asserted counter-claims against Silver State Broadcasting, LLC arising out of Silver State's breach of agreements primarily arising out of the purchase of assets from Beasley Broadcasting. On January 25, 2016, the Court granted summary judgment, in part, on Beasley Broadcasting's counter-claims for Breach of Contract – APA and Assignment and Assumption Agreement; and Breach of Contract – Sublease. As to the claim for Breach of Contract – APA and Assignment and Assumption Agreement, the Court granted summary judgment as to liability, but found that genuine issues of material fact remained as to damages, thus leaving that issue for trial. As to the Counter-Claim for Breach of Sublease, the Court granted summary judgment in favor of Beasley Broadcasting in the amount of $93,061.44. [Dkt. #251] Accordingly, the Counter-Claims that remain for trial include: (1) Breach of Contract – APA and Assignment and

Assumption Agreement (as to damages only); (2) Breach of Implied Covenant – APA and Assignment and Assumption Agreement; (3) Breach of Implied Covenant – Sublease; (4) Indemnity under APA; (5) Indemnity Under Sublease; and (6) Unjust Enrichment. As stated above, none of Plaintiffs' claims remain.

Beasley Broadcasting respectfully requests an exception from personal attendance for their insurance representative, John J. Mastrantonio of AIG. Mr. Mastrantonio's attendance and participation in the settlement conference is unnecessary as Plaintiffs have no remaining claims against Beasley Broadcasting for which insurance coverage is available, and the only claims at issue for trial are Beasley Broadcasting's counter-claims against Silver State Broadcasting, LLC. Furthermore, should the parties wish to resolve all matters at the settlement conference, Beasley Broadcasting will have a client representative with full authority to make any such decisions present at the settlement conference. To the extent Mr. Mastrantonio's limited participation is necessary, Beasley Broadcasting requests authority to allow him to appear telephonically.

**ORDER**

GOOD CAUSE SHOWN, IT IS SO ORDERED that Beasley Broadcasting's insurance representative from AIG shall be excused from personally appearing at the June 8, 2016 settlement conference. The representative shall make himself or herself available by telephone.

Dated May 26, 2016

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted this 25th day of May, 2016

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

BY: _____
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
*Attorneys for Defendants/Counter-Claimants
Beasley FM Acquisition Corp., Beasley
Broadcasting of Nevada, LLC, WAEC License
Limited Partnership and KJUL License LLC*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 25th day of May, 2016 I electronically filed and served a true and correct copy of the foregoing **REQUEST FOR EXCEPTION FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** to all parties on file with the CM/ECF.

Kurt R. Bonds, Esq.
Matthew Pruitt, Esq.
Adam Knecht, Esq.
Alverson Taylor Mortensen & Sanders
7401 W. Charleston Boulevard
Las Vegas, NV  89117
efile@alversontaylor.com
*Attorneys for Plaintiffs/Counter-Defendant Silver State Broadcasting, LLC, Royce International Broadcasting Corporation, and Golden State Broadcasting, LLC*

Jack P. Burden
BACKUS, CARRANZA & BURDEN
3050 S. Durango Drive
Las Vegas, Nevada 89117
jburden@backuslaw.com
*Attorneys for Defendant Michael Jay Bergner*

By /s/ [signature]
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP